# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., CONSTANCE LYTTLE, | Civil Action No. 10-1376 |
| Plaintiff, | JUDGE NORA BARRY FISCHER |
| v. | MAGISTRATE JUDGE ROBERT C. MITCHELL |
| AT&T CORPORATION, a/k/a AT&T Accessible Communications Services, | ELECTRONICALLY FILED |
| Defendant. | |

### (proposed) ORDER VACATING THE NOVEMBER 15, 2012 REPORT AND RECOMMENDATION, AND THE MEMORANDUM ORDERS OF DECEMBER 28, 2012 AND JANUARY 15, 2013

Upon consideration of the Unopposed Motion of the United States to vacate the November 15, 2012 Report and Recommendation, and the Memorandum Orders of December 28, 2012 and January 15, 2013,

IT IS HEREBY ORDERED that said Motion is granted, and the November 15, 2012 Report and Recommendation (Civ. Action Doc 70), the Memorandum Order of December 28, 2012 (Civ. Action Doc 81) and the Memorandum Order of January 15, 2013 (Civ. Action Doc. 87) are hereby vacated.

Dated:_____, 2013        _____
                                             Hon. Nora Barry Fischer
                                             United States District Judge